**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 17, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00035-CV

---

### IN RE GEORGE POWELL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-88409**

---

## MEMORANDUM OPINION

On January 15, 2020, relator George Powell filed a petition for writ of mandamus in this Court. *See* Tex. Elec. Code Ann. §§ 161.009, 273.061. In the petition, relator asks this court to compel respondents Lillie Schechter, the Harris County Democratic Party chair, Jennifer Halvorsen, the secretary of the Harris County Democratic Party executive committee, and Giordaun Baity, elections director of the Harris County Democratic Party, to take all necessary steps to have

his name included on the March 3, 2020 Harris County Democratic Party Primary Election ballot for the 351st District Court.

On January 16, 2020, relator filed a motion to dismiss his petition for writ of mandamus without prejudice. The motion is **GRANTED**.

Accordingly, relator's petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.